UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS; and
2. CARLOS MARTINEZ-HERNANDEZ,

    Defendants.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Status Conference set for Thursday, October 9, 2008, at 10:00 a.m. is **VACATED** and reset for Thursday, October 9, 2008, at 10:30 a.m. Defendants' appearance will be waived pursuant to FED. R. CRIM. P. 43(b).

    Dated: October 3, 2008