UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS; and
2. CARLOS MARTINEZ-HERNANDEZ,

    Defendants.
_____

**ORDER**
_____

    Per the Government's Proposed Case Management plan (doc. # 32, filed November 14, 2008), it is

    ORDERED that all pretrial motions shall be filed by **Friday, January 2, 2009,** and responses to these motions shall be filed by **Friday, January 16, 2009.** It is

    FURTHER ORDERED that a hearing on all pending motions is set for **Friday, January 30, 2009, at 1:30 p.m. in courtroom A-1002.** A final trial preparation conference and trial shall be set at the hearing.

    Dated: November 20, 2008.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge