UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS; and
2. CARLOS MARTINEZ-HERNANDEZ,

    Defendants.
_____

**ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    As no motions have been filed in this matter, the hearing on pending motions, set for **Friday, January 30, 2009, at 1:30 p.m.** is converted to a Status Conference.

    Dated: January 28, 2009