UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS; and
2. CARLOS MARTINEZ-HERNANDEZ,

     Defendants.
_____

## ORDER
_____

     This matter is before the Court on Government's third request for an ends of

justice continuance, as set forth in the Status Report filed March 5, 2009 [#41]. The

Government requests an additional sixty day continuance of this case. I note that the

Government's Second Motion for an Ends of Justice Delay Pursuant to 18 U.S.C. §

3161(h)(8)(A) was granted on October 28, 2008, and extended the Speedy Trial Act

deadlines for one hundred and fifty (150) days. According to the Government, an

additional continuance is warranted because this case is closely related to the

prosecution in *United States v. Ellena Tanya Lopez*, Case No. 08-cr-00122-JLK, in

which five defendants are indicted on similar charges and motions to suppress wire tap

evidence are currently pending. The Government asserts that the conspiracy in the

*Ellena Tanya Lopez* case is "directly below" the conspiracy alleged in this case, and

proof in this case requires the Government to introduce wire tap evidence. Defendants

do not object to the Government's request.

The Court, having reviewed the motion and being fully advised in the premises, hereby **GRANTS** Government's request for an additional sixty (60) day continuance pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  I find that the failure to grant a delay of an additional 60 days in this case would deny both the Government and the Defendants the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  I further find that the ends of justice served by an additional sixty (60) day delay in this case outweigh the best interests of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that the Speedy Trial Act deadlines in this case are hereby extended for an additional sixty (60) days.  It is

FURTHER ORDERED that all pretrial motions shall be filed by **Monday, June 1, 2009**, and responses to these motions shall be filed by **Monday, June 8, 2009**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, June 15, 2009, at 4:00 p.m.**  It is

FURTHER ORDERED that a four-day jury trial is set for **Tuesday, June 23, 2009, at 9:00 a.m.**

Dated:  March 12, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Chief Judge