UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS; and
2. CARLOS MARTINEZ-HERNANDEZ,

      Defendants.
_____

**ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition as to Defendant Eduardo Magallon-Cardenas was filed in the above matter on June 3, 2009.  A Change of Plea hearing is set for **Tuesday, August 18, 2009, at 4:00 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  June 3, 2009