UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS;

    Defendants.

_____

**ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with a criminal trial, the Sentencing Hearing set for **Wednesday, November 18, 2009 at 10:00 a.m.,** is **RESET** for **Tuesday, December 1, 2009, at 4:00 p.m.**

    Dated:  November 13, 2009